UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANHEUSER-BUSCH INBEV S.A. et al.,
                          Plaintiffs,

-v-

HEINEKEN USA INC. et al.,
                          Defendants.

18-CV-3856 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On June 6, 2018, this action was stayed until a related proceeding before the United States International Trade Commission ("ITC"), becomes final. The parties filed a status letter on December 10, 2019, indicating that the parties are currently awaiting the Commission's review of the Chief Administrative Law Judge's Initial Determination.

Plaintiffs are directed to file a status letter with this Court by June 11, 2020, or within two weeks of the ITC's final determination, whichever is earlier.

SO ORDERED.

Dated: December 11, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge